# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Thomas John Burns Jr.

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

- 'BCCF' Mental Health Dept

- 'BCCF' ACTIVE Mental Health Supervisor

- 'BCCF' Dr. Karen, Mental Health

- Bucks County Correctional Facility

- Bucks County Jail 'MCCC'

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

JUL 1 2 2017

**17**     **3115**

## COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☒ No
(check one)

### I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Thomas John Burns Jr
ID # 094198
Current Institution Bucks County Correctional Facility
Address 1730 South Easton Rd
Doylestown Pa 18901

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name 'BCCF' Mental Health Dept   Shield #_____
Where Currently Employed 'BCCF' Mental Health Dept
Address 1730 South Easton Rd
Doylestown Pa 18901

Defendant No. 2   Name Dr. Karen   Shield #_____
Where Currently Employed 'BCCF' Mental Health Dept
Address 1730 South Easton Rd
Doylestown Pa 18901

Defendant No. 3   Name Active Supervisor - Mental Health   Shield #_____
Where Currently Employed 'BCCF' Mental Health Dept
Address 1730 South Easton Rd
Doylestown Pa 18901

Defendant No. 4   Name Bucks County Corrections   Shield #_____
Where Currently Employed 'BCCF' - Prison
Address 1730 South Easton Rd
Doylestown Pa 18901

Defendant No. 5   Name 'BCCF' - MCCC/Work-release   Shield #_____
Where Currently Employed Bucks County Jail
Address 1730 south easton Rd
Doylestown pa 18901

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? Bucks County Correctional Facility

B.   Where in the institution did the events giving rise to your claim(s) occur? Bucks County Mental Health Department

C.   What date and approximate time did the events giving rise to your claim(s) occur? 10:15 AM
On or about 4-19-17.
Exact Date Logged.

Rev. 10/2009

- 2 -

| | |
|---|---|
| **What happened to you?** | D.     Facts:      SEE Attatched <br><br> "Exhibit - A" |
| **Who did what?** | |
| **Was anyone else involved?** | |
| **Who else saw what happened?** | |

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. **Hightened** Anxiety, Psychosis, Paranoia, Profound Depression, Nervousness, Distorted, thinking, Hallucinations, Mood Swings, Inability to Consentrate, Hightened Energy, Lacking of Energy, sleeping Issues

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **X** No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Bucks County Correctional Facility_

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X** No ____ Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No **X** Do Not Know ____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes **X** No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_Bucks County Correctional facility_

1.  Which claim(s) in this complaint did you grieve? _____
    _Medical / Mental Health Malpractice_

2.  What was the result, if any? _____
    _Criminal Chargess Neglect of treatment_

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Met with Mental Health four individual times. Each time asked if Releases I signed to "help verify" meds history had returned. I was refered to Dr. for re-diagnosics all four times. Still awaiting that meeting. The week of 6-25-17, mental_

_health verbally confirmed thes errors. Stated meeting with thier supervisor was needed._

-4-

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____

        _____
        _____
        _____
        _____

    2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:_____

        _____
        _____
        _____
        _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The grievance prepared does not relate to my particular claim. It cannot relieve my claims. It was filed as proper procedure to initiate this current process of filing the '1983' Form.

        _____
        _____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). SEE Exhibit = "B"

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.**    **Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes _____ No __X__

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.      Name of Judge assigned to your case _____

5.      Approximate date of filing lawsuit _____

6.      Is the case still pending?   Yes ____ No ____

        If NO, give the approximate date of disposition _____

7.      What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

        _____

        _____

C.      Have you filed other lawsuits in state or federal court?

On other claims

        Yes ____ No **X**

D.      If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.      Parties to the previous lawsuit:

        Plaintiff _____

        Defendants _____

2.      Court (if federal court, name the district; if state court, name the county) _____

3.      Docket or Index number _____

4.      Name of Judge assigned to your case _____

5.      Approximate date of filing lawsuit _____

6.      Is the case still pending?   Yes ____ No ____

        If NO, give the approximate date of disposition _____

7.      What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

        _____

        _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of *July* _____, 20*17* .

               Signature of Plaintiff _____

               Inmate Number *094798* _____

*Rev. 10/2009*

- 7 -

"Exhibit - A"

6-28-17

**TO:** Mental Health Dept. Supervisor

**FROM:** Thomas J Burns # 094198

**Reason:** On or Around the Date of 4-19-17 I was scheduled to see your Department for a "Mental Health Screening." It is to my knowlege that this screening was required to be done because of my mental health history. Its also to my Knowlege this screening is to be part "OHA whole" screen for clearance to be housed at the Community Corrections Center. As I was already housed at the mens center, This appointment was a barrier for me to start institutional employment. this appointment also interfered with my already obtained Community employment At the mens Center with "Ambler Industries". It was my expectation to be placed on medication I have taken for mental health Illnesses. This medication and original diagnosis date back to 2003. 2003 to current date also involves 11 state & County Correctional facilities, 3 mental health facilities, all within 3 total states. Most recently confirmed with the Dept of Social Security Administration. Officialy through Harrisburg. As normal procedure in this particular matter seems to be backwards, I was transported to the prison to meet with a Dr. Karen. It was determined upon end of interview that the opinion of my mental health and its treatment had changed. This conclusion was inconsistent with a 14 year consistency of proffesional Diagnosis Centers. Dr. Karen Stated her opinion would be as it

was $ that I would be cleared for "work-release". It was agreed to meet again, one week after this visit as a percaution and or saftey net to her proffesional conclusion. My Diagnosis are as follows..."Post Traumatic Stress Disorder"
- Bi-polar Depression
- schitzephrania

I require medication that can be verified in any way from 2003-Present. In New Jersey, Florida, Pennsylvania, and Harrisburg. Along with S.C.I. Graterford, Camp Hill, $ Mahanoy. Those Jails being in P.A. Only. the Medications are as follows.
- 1000 mg Depakote
- 2mg stelazine

Other medications are not permitted $ not replaced, within prison system. The Mental Health Department made a Critical Error in the maintenence of my mental health treatment. The side effects of being un-medicated Has had an entirely Profound Effect on my life $ desicion making. Along with institutional behavior. the Severity of this Error made by your department resulting in New $ current Criminal proceedings. These Errors were "verbally" confirmed by mental health dept during 6-25-17 to 6-30-17. Stated it was neccesary to meet with their Supervisor.
- Thomas J Burns -
094198

It is well established by the facts set forth, That the Bucks County Correctional Facility Mental Health Department is responsible for the "Medical/Mental Health Malpractice" of the plaintiff. This most recent "proffesional clinical ERROR" has resulted in the discontinuance of life sustaining medication for severe Mental Health Disorders. This lack of medication & insufficient treatment has had an entirely profound Effect on the decision making & behavior modification of the plaintiff. The severity of the facts listed range all the way to pending criminal proceedings. These consequenses are astronomical & completely detrimental to the plaintiff.

The plaintiff first seeks reasonable mental health treatment. Expecting medications consistent with the medications taken for the last 14 years, and or, any replacement required. The plaintiff seeks a fair & completely thorough investigation into Bucks County Jails proper screening procedures. This investigation may very well reveal factual evidence that the process used specifically for the plaintiffs screening as it relates to "Housing & Custody level", was in fact an error aswell. The plaintiff seeks non other than complete "midigation" in the criminal proceedings brought against him. It is a firm belief that a dismissal in its entirely is not un-realistic, but more appropriate.

The plaintiff is open to any satisfactory outcome for or negotiations for relating to financial compensation. This compensation for physical & emotional distress and wrongfull incarceration.