To whom it may concern,                                    April 3, 2021

My name is Thomas J. Burns Jr. (Pro Se) Plaintiff in Docket '2017-3115'. I was released from Bucks County Prison on 11/18/20. My legal address is 430 Washington Street Floor 2 Bristol PA 19007. My contact information is (215)-954-0880 and (267) 592-2166

Respectfully submitted,

Thomas J Burns

4/3/21

Thomas J Burns Jr
430 Washington St 2nd Floor
Bristol PA 19007

PHILADELPHIA PA 190
5 APR 2021 PM 5 L

United States District Court
Eastern Division of PA
601 Market Street
Philadelphia PA 19016